IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>KBR, INC., BURN PIT LITIGATION | Master Case No.: RWT 09md2083<br><br>This Document Relates To:<br>All Member Cases |

## MEMORANDUM OPINION

On February 23, 2010, the Court held an in-court status conference during which it indicated that it was considering inviting the United States to participate in this case as amicus curiae. Two days later, the Court circulated via e-mail a Memorandum Opinion and Order in draft form and requested that the parties and the United States Attorney for the District of Maryland provide comments or suggestions. See Exs. 1–3. While the Defendants did not object, see Ex. 4, the Plaintiffs opposed the proposed Memorandum Opinion and Order and urged the Court to wait until Plaintiffs filed their opposition to Defendants' motion to dismiss [Paper No. 21] before entering any such order, see Exs. 5 & 6. The Court concludes that it would benefit from the opposition to and reply in support of Defendants' motion to dismiss before considering entering a Memorandum Opinion and Order inviting the United States to participate in this case as amicus curiae. Accordingly, the Court will, by separate order, defer extending an invitation to the United States to participate in this case as amicus curiae until Defendants' motion to dismiss [Paper No. 21] is fully briefed.

Date: March 1, 2010

/s/ Roger W. Titus
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE