# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                               **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                   **GREENBELT, MARYLAND   20770**
                                                                                                                      **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *In re: KBR, Inc., Burn Pit Litigation*
              Master Case No. RWT 09md2083

DATE:     December 14, 2015

\* \* \* \* \* \* \* \*

Please be advised that the hearing on Defendants' Motion for Partial Summary Judgment (Balad) originally scheduled for January 19, 2016, at 9:30 a.m., has been rescheduled for January 21, 2016, at 1:00 p.m.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                  /s/
                                                 Roger W. Titus
                                                 United States District Judge