# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                             **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                          **GREENBELT, MARYLAND   20770**
                                                                                    **301-344-0052**

M E M O R A N D U M

TO:          Counsel of Record

FROM:        Judge Roger W. Titus

RE:          *In re: KBR, Inc., Burn Pit Litigation*
             Master Case No. RWT 09md2083

DATE:        March 18, 2016

* * * * * * * *

The Court is in receipt of KBR's Motion to Clarify and Modify Certain Deadlines, ECF No. 385, and the Plaintiffs' Response, ECF No. 386.  Both parties propose extending the deadline for POI discovery, but the extent of the requested extension differs.  The Court is quite concerned at the slow pace of DSS orders.  The Government is ordered to file a Response providing its views of the reasonableness of the dates of projected DSS orders provided by KBR and  whether the DSS process could be expedited.  The Government's Response shall be filed by **March 21, 2016, at 10:00 a.m.**  KBR shall file any Reply by **March 22, 2016, at 3:00 p.m.**  Additionally, a telephone status conference is hereby scheduled for on **March 23, 2016, at 10:00 a.m.**, with KBR to initiate the call.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                    /s/
                                    Roger W. Titus
                                    United States District Judge