# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **ROGER W. TITUS** | 6500 CHERRYWOOD LANE |
| **UNITED STATES DISTRICT JUDGE** | GREENBELT, MARYLAND  20770 |
| | 301-344-0052 |

## M E M O R A N D U M

TO:	Counsel of Record

FROM:	Judge Roger W. Titus

RE:	*In re: KBR, Inc., Burn Pit Litigation*
	Master Case No. RWT 09md2083

DATE:	June 14, 2016

\* \* \* \* \* \* \* \*

On June 13, 2016, Defendants filed a status report in which they asserted they would not be able to meet the production deadline in the Case Management Order [ECF No. 404].  The Plaintiffs filed a Motion to Compel Production of Emails that same day [ECF No. 405].

The Court concludes that a hearing is necessary to resolve this issue.  A hearing is hereby scheduled for **June 23, 2016 at 10 a.m**.  **The United States is required to attend**.  The Defendants and the United States shall file a response to the Plaintiffs' motion by **June 17, 2016**.  Any reply is due by **June 20, 2016 at noon**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

	/s/
	Roger W. Titus
	United States District Judge