# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **ROGER W. TITUS**<br>**UNITED STATES DISTRICT JUDGE** | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND  20770**<br>**301-344-0052** |

## M E M O R A N D U M

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *In re: KBR, Inc., Burn Pit Litigation*
  Master Case No. RWT 09md2083
  *Pertains to all actions in the above-referenced multi-district litigation*

DATE:  July 21, 2016

\* \* \* \* \* \* \* \*

The Court is in receipt of KBR's Status Report, filed July 20, 2016 [ECF No. 413], concerning the progress of POI production. The Court agrees that a status report on August 12, 2016 will be useful. Accordingly, the Second Amended Case Management Order [ECF No. 399] is hereby modified to require that the parties submit a status report by **August 12, 2016**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge