# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *In re: KBR, Inc., Burn Pit Litigation*  
Master Case No. RWT 09-md-2083  
*Pertains to all actions in the above-referenced multi-district litigation*

DATE:  August 23, 2016

\* \* \* \* \* \* \* \* \*

On August 19, 2016, counsel for both Plaintiffs and Defendants submitted a letter to the Court requesting the Court's review and resolution of several discovery-related issues. The Parties each agreed to submit a statement of issues and their respective positions by no later than Monday, August 22, 2016 at 3:00 p.m. The Parties further agreed to submit any responses by no later than Wednesday, August 24, 2016 at 3:00 p.m.

The Parties requested a hearing on these issues as soon as possible after the briefing schedule. Having received the initial briefs, a recorded telephone hearing is hereby scheduled for **Friday, August 26, 2016 at 9:30 a.m.**, for the purpose of hearing the arguments of the Parties.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge