# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**         **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**         **GREENBELT, MARYLAND 20770**
       **301-344-0052**

## M E M O R A N D U M

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *In re: KBR, Inc., Burn Pit Litigation*
  Master Case No. RWT 09-md-2083
  *Pertains to all actions in the above-referenced multi-district litigation*

DATE:  October 14, 2016

\* \* \* \* \* \* \* \* \*

The hearing previously scheduled for December 15-16, 2016, in the above-captioned case is hereby **RESCHEDULED** for **December 13-14, 2016**, with a continuation on **December 15, 2016**, in the event that additional time is needed.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

       /s/
       Roger W. Titus
       United States District Judge